UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 3735 |
| v. | ) | |
| | ) | Judge Norgle |
| SHIN PROVISION, INC., and | ) | |
| KI SOK AN, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF CONSENT DECREE AND JUDGMENT

The parties in the above captioned case, having reached agreement, move for entry of the attached consent decree and judgment.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Craig A. Oswald
    CRAIG A. OSWALD
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 886-9080
    craig.oswald@usdoj.gov